# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| LUCINDA SWATZELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:16-CV-00262 JAR |
| | ) |
| THE BOARD OF REGENTS, | ) |
| SOUTHEAST MISSOURI STATE | ) |
| UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT OF DISMISSAL

Pursuant to the Memorandum and order filed this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's complaint is **DISMISSED** without prejudice.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**